IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THOMAS ANDREW WHITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-111 |
| | ) | |
| SOUTHERN CORRECTIONAL | ) | |
| MEDICINE d/b/a Genesis Healthcare | ) | |
| Alliance; LT. COL. MAJOR S.B. | ) | |
| ANDREWS; DODGE COUNTY JAIL; | ) | |
| and DYNAMIC MOBILE DENTISTRY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Dodge County Jail and Andrews. The case shall proceed in accordance with the Magistrate Judge's January 17, 2023 Order. (See doc. no. 16.)

SO ORDERED this 15th day of February, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE