AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THOMAS ANDREW WHITTLE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-111

v.

SOUTHERN CORRECTIONAL MEDICINE, LLC et al.,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on August 16, 2024, the Report and Recommendation of thre Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court grants Defendants Motion for Summary Judgment. Final judgment is entered in favor of both Genesys and DMD. This civil action stands closed.



| August 16, 2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020